**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ISAAC FERMIN ARRIAGA,<br><br>            Petitioner,<br><br>      vs.<br><br>A.M. GONZALES, Warden,<br><br>            Respondent. | Case No. EDCV 13-1372-AG (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

The Court has reviewed the Petition, records on file, and Superseding Report and Recommendation of the U.S. Magistrate Judge.  See 28 U.S.C. § 636.  On October 6, 2014, Petitioner filed objections to the Superseding R&R, in which he mostly simply "objects," in conclusory fashion, to the Magistrate Judge's findings and conclusions.  He does cite a relatively new Ninth Circuit decision, Sessoms v. Grounds, __ F.3d __, 2014 WL 4668005 (9th Cir. Sept. 22, 2014) (en banc), in support of one aspect of his cumulative-error claim.  (Objections at 6.)  But Sessoms simply stands for the age-old proposition that when a suspect asks for a lawyer during a custodial interrogation, questioning must stop.  2014 WL 4668005, at *5.  Here, nothing in the record indicates that Petitioner asked for a lawyer at some

point and questioning nonetheless continued.  Indeed, Petitioner's counsel cross-examined one of the police detectives who interviewed Petitioner and never raised that subject, despite having a transcript of the interview before him.  (See Lodged Doc. 2, 3 Rep.'s Tr. at 614-25, 628-30.)  Thus, Sessoms does not help Petitioner.

    IT IS ORDERED that the Petition is denied without leave to amend, Petitioner's requests for an evidentiary hearing and counsel are denied, and Judgment be entered dismissing this action with prejudice.

DATED: October 31, 2014

                        ANDREW GUILFORD
                        U.S. DISTRICT JUDGE