UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC FERMIN ARRIAGA, <br><br> Petitioner, <br><br> vs. <br><br> A.M. GONZALES, Warden, <br><br> Respondent. | Case No. EDCV 13-1372-AG (JPR) <br><br> **J U D G M E N T** |

As stated in the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: October 31, 2014

ANDREW GUILFORD
U.S. DISTRICT JUDGE